JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wanda Moore | NO. **CV 18-00156 SJO (JEMx)** |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| United Medical Recovery, LLC et al | |
| Defendant(s). | |

On 03/21/2018, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of the Proof of Service as an appropriate response to this Order to Show Cause, on or before 04/08/2018. Plaintiff has failed to comply. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

Dated: April 18, 2018

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE